United States District Court
Southern District of Texas
**ENTERED**
May 22, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EARNEST JACKSON, JR., <br> "Plaintiff," | § § § | |
| v. | § § | Civil Action No. 1:23-cv-00173 |
| GENERAL MOTORS, LLC, <br> "Defendant." | § § § § | |

## ORDER ON STIPULATION OF DISMISSAL

The Court is in receipt of the parties' "Stipulation of Dismissal" (Dkt. No. 12) in the above-captioned civil case. The parties informed the Court that the matters in controversy were resolved. *See* Dkt. No. 12. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned lawsuit are **DISMISSED with prejudice**. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on May 22, 2024.

_____
Rolando Olvera
United States District Judge